1  David J. Miclean (#115098)
   miclean@fr.com
2  FISH & RICHARDSON, P.C.
   500 Arguello Street, Suite 500
3  Redwood City, California 94063
   Telephone: (650) 839-5070
4  Facsimile: (650) 839-5071

5  Attorneys for Defendant
   FOSSIL, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | LEVI STRAUSS & CO.,           | Case No. C 05-05244 MHP
13 |          Plaintiff,           | **STIPULATION AND [PROPOSED]
   |                               | ORDER FOR EXTENSION OF TIME TO
14 |     v.                        | RESPOND OR OTHERWISE PLEAD TO
   |                               | THE COMPLAINT**
15 | FOSSIL, INC.,                 |
16 |          Defendant.           |
17

18

19     Pursuant to Civil Local Rule 6-1(a), plaintiff Levi Strauss & Co. ("Levi Strauss") and

20 defendant Fossil, Inc. ("Fossil"), hereby stipulate to an extension to February 16, 2006 for the

21 above-named defendant to respond to, or otherwise move on, the Complaint filed against Fossil,

22 Inc.

23     This shall not affect the other deadlines now set in this case with regard to initial

24 disclosures, Rule 26(f) and the ADR and Case Management Conference filings.

25 ///

26 ///

27 ///

28

                        1   STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF
                            TIME TO RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT
                                                         – Case No. C 05-05244 MHP

| | | |
|---|---|---|
| 1 | Dated: January 10, 2006 | TOWNSEND and TOWNSEND and CREW LLP |
| 2 | | |
| 3 | | By: /s/ Gia L. Cincone |
| 4 | | Gia L. Cincone |
| 5 | | Attorneys for Plaintiff<br>LEVI STRAUSS & CO. |
| 6 | | |
| 7 | Dated: January 10, 2006 | FISH & RICHARDSON P.C. |
| 8 | | |
| 9 | | By: /s/ David J. Miclean |
| 10 | | David J. Miclean |
| 11 | | Attorneys for Defendant<br>FOSSIL, INC. |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Gia L. Cincone.

| | | |
|---|---|---|
| 16 | Dated: January 10, 2006 | FISH & RICHARDSON P.C. |
| 17 | | |
| 18 | | By: /s/ David J. Miclean |
| 19 | | David J. Miclean |
| 20 | | Attorneys for Defendant<br>FOSSIL, INC. |

## ORDER

Good cause appearing from the stipulation of the parties, the Court orders that the time in which defendant may respond to, or otherwise move on, the Complaint filed against Fossil, Inc. is extended to February 16, 2006.

IT IS SO ORDERED.

Dated:_____



IT IS SO ORDERED
Judge Marilyn H. Patel

50322682.doc

3 STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT
– Case No. C 05-05244 MHP