| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (State Bar No.111536) |
| 2 | GIA L. CINCONE (State Bar No. 141668) |
| | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California 94111 |
| | Telephone:  (415) 576-0200 |
| 4 | Facsimile:   (415) 576-0300 |
| | Email:         gsgilchrist@townsend.com; glcincone@townsend.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | LEVI STRAUSS & CO. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C 05-05244 MHP |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| FOSSIL, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Levi Strauss & Co. voluntarily dismisses this action without prejudice. As of this date, defendant has not filed an answer or otherwise responded to the complaint.

DATED:  February 15, 2006          Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/*Gia L. Cincone*
   GIA L. CINCONE

Attorneys for Plaintiff
LEVI STRAUSS & CO.

60703613 v1

*GRANTED*
*Judge Marilyn H. Patel*

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 05-5244 MHP                                                                                      1